IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| DAWN L. MILLSAP ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | Case No. <br><br> (Formerly No. SCSC 205929 in the Iowa District Court for Linn County, Small Claims Division) |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA**

The United States of America ("United States"), improperly named as the Internal Revenue Service, removes the above-captioned action to this Court under 28 U.S.C. § 1442(a)(1) and gives notice that it is removing this action to this Court as required by 28 U.S.C. §1446(a), (d).

On September 3, 2013, Plaintiff Dawn L. Millsap[1] ("Millsap") filed a petition in the Iowa District Court in Linn County, Small Claims Division. <u>Millsap v. IRS, SCSC 205925.</u> Millsap apparently seeks $300,either as a tax refund or as damages from the IRS. Although Millsap named the Internal Revenue Service as the defendant, the proper defendant is the United States because the IRS lacks the capacity to sue or be sued. *See Freck v. IRS,* 37 F.3d 986, 988 n.1 (3d Cir. 1994); *Devries v. IRS*, 359 F.Supp. 2d 988, (E.D. Cal. 2005) (citations omitted.)

The United States may remove to district court any state-court action in which the United States is named as a defendant, 28 U.S.C. § 1442(a)(1). As required by 28 U.S.C. § 1446(a), the

---

[1] Although Magistrate Judge Machacek's Order identifies the Plaintiff as Dawn Millsop, Plaintiff's handwritten petition, indicates that her name is properly spelled "Millsap."

United States has attached copies of all documents delivered to the United States with Millsap's pleading. The United States will serve Millsap by mail with a copy of this notice, and will also file a copy of this notice in the Iowa District Court in Linn County, as required by 28 U.S.C. § 1446(d). Furthermore, in accordance with N.D. Iowa Local Rule 81(a), the United States has attached (1) copies of all process, pleadings, and orders filed in the state case, and (2) a list of all matters pending in the state court that will require resolution by this Court.

WHEREFORE, the United States requests that this action be entered upon the docket of this Court in accordance with Rule 81(c) of the Federal Rules of Civil Procedure.

Dated: September 20, 2013

                                          Respectfully submitted,

                                          SEAN R. BERRY
                                          United States Attorney

                                          KATHRYN KENEALLY
                                          Assistant Attorney General

                                          */s/ Miranda Bureau*
                                          MIRANDA BUREAU
                                          Trial Attorney, Tax Division
                                          United States Department of Justice
                                          Post Office Box 7238, Ben Franklin Station
                                          Washington, DC  20044
                                          Telephone:  (202) 353-9171
                                          Fax:  (202) 514-6770
                                          E-mail: Miranda.j.bureau@usdoj.gov

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Removal, and all attachments, has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 20th day of September, 2013.

Dawn L. Millsap
1210 Auburn Drive SW
Apt N6
Cedar Rapids, IA 52404

*/s/ Miranda Bureau*
MIRANDA BUREAU
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 7238, Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 353-9171
Fax:  (202) 514-6770
E-mail: Miranda.j.bureau@usdoj.gov