IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| DAWN L. MILLSAP ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | |
| ) | (Formerly No. SCSC 205929 in the |
| INTERNAL REVENUE SERVICE ) | Iowa District Court for Linn County, |
| ) | Small Claims Division) |
| Defendant. ) | |

**NOTICE PURSUANT TO LOCAL RULE 81(a)**

Pursuant to N.D. Iowa Local Rule 81(a), the United States of America attaches the following information to its Notice of Removal.

1. Local Rule 81(a)(1): Copies of process, pleadings and orders filed in state-court action *Millsap v. IRS,* (SCSC 205929.)

2. Local Rule 81(a)(2): The following list of matters pending in Iowa state court that will require resolution by this Court.

   a. Whether Millsap is entitled to a money judgment in the amount of $300.

3. Local Rule 81(a)(3): The names of counsel and law firms that have appeared in the Iowa state-court action: N/A.

Dated: September 20, 2013

*s/Miranda Bureau*
MIRANDA BUREAU

Form 3.1: Original Notice and Petition for a Money Judgment

In the Iowa District Court for Linn County

FILED
CLERK OF DISTRICT COURT
2013 SEP -3 PM 4:00
LINN COUNTY, IOWA

**Original Notice and Petition
For a Money Judgment**

Plaintiff(s)
(Name) Dawn Leo Millsap
(Address) 1210 Auburn Dr SW #M6
Cedar Rapids IA 52404

(Name)
(Address)

Vs.

Defendant(s) IRS
(Name)
(Address) 425 2nd St SE
Cedar Rapids
(Name) IA 52401
(Address)

Small Claim No. SCSC 205925

If you need assistance to participate in court due to a disability, call the disability coordinator at 319-398-3920 Ext. 1105. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). Disability Coordinators cannot provide legal advice.

To Defendant(s):

1. You are notified that Plaintiff(s) demand(s) from you the amount of $ 300 plus court costs based on (state briefly the basis for the demand, not to exceed $5000): They messed up on my paperwork for taxes when figured up my check

2. Judgment may be entered against you unless you file an Appearance and Answer within 20 days of the service of the Original Notice upon you. Judgment may include the amount requested plus interest and court costs. You must file an Appearance and Answer with the clerk of the district court in the above county, located at: 50 Third Avenue Bridge, Cedar Rapids, Iowa 52401 or mail to: Clerk of Court, PO Box 1468, Cedar Rapids, Iowa 52406-1468.

3. If your Appearance and Answer is filed within 20 days and you deny the claim, the clerk will notify you of the time and place for the hearing on this matter.

4. If you file an Appearance and Answer, you must mail a copy of the form to Plaintiff(s) or to the attorney for Plaintiff(s) whose name and address appear below.

5. You must also notify the clerk's office of any address change.

Dawn L Millsap
Plaintiff's signature

DAWNE MILLSAP
Printed Name

1210 Auburn Dr SW #M6
Mailing Address

Cedar Rapids, IA 52404

(319) 389-0317
Phone #

Email Address

Plaintiff's signature

Printed Name

Mailing Address

Phone #

Email Address

IN THE IOWA DISTRICT COURT IN AND FOR LINN COUNTY
SMALL CLAIMS DIVISION

FILED
CLERK OF DISTRICT COURT
2013 SEP -3 PM 4:00
LINN COUNTY, IOWA

DAWN L. MILLSOP,

    Plaintiff(s),

NO. SCSC 205929

vs.

ORDER

IRS,

    Defendant(s).

Date: September 3, 2013

The Court is presented with Plaintiff's application for Deferral of Fee, Costs or Security and Financial Statement. Having reviewed the same, the Court is of the opinion that the Application should be granted.

IT IS THEREFORE ORDERED that the Application for Deferral of Fees, Costs or Security is granted. Plaintiff's Petition may be filed without the prepayment of the small claims filing fees and the service fee.

IT IS FURTHER ORDERED that the Linn County Sheriff shall serve the original notice without the prepayment of fees.

Courts costs in this matter will be assessed against the losing party

Clerk to notify.

Lorraine Machacek, Magistrate Judge

INTERNAL REVENUE SERVICE
DISCLOSURE LITIGATING OPERATION
SEP 10 2013
DSO - ATLANTA, GA

13 SEP -3 PM 4:57
BRIAN D. GARDNER
SHERIFF
LINN COUNTY, IOWA

Case Name: Millsap V IRS
Case No.: SCSC 205929
Date Rcvd: 9-3-13

STATE OF IOWA
ss.
LINN COUNTY

| RETURN OF SERVICE | Service Type |
|---|---|
| ___ Personal | 1 |
| ___ Dwelling/Substitute | 2 |
| ___ Hotel/Boarding/Rooming House | 3 |
| ___ Corporation/Association | 4 |
| X Official (State, County, City) | 5 |
| ___ Spouse away from residence | 6 |
| ___ Other | 7 |
| ___ Diligent Search (not served) | 8 |

I certify that I served a copy of:

- ☒ Original Notice and Petition
- ☐ Original Notice and Petition Foreclosure
- ☐ Mortgage Mediation Notice
- ☐ Returned Check-ISF/Account Closed
- ☐ Summons and Complaint
- ☐ Nonpayment Rent/Terminate Tenancy
- ☐ Notice of Forfeiture Real Estate Contract
- ☐ Notice of Garnishment

- ☐ Temporary DA Order & Petition
- ☐ Permanent DA Order
- ☐ Order to Show Cause DA
- ☐ Modification DA Order
- ☐ Subpoena
- ☐ Subpoena Duces Tecum
- ☐ _____

(9-24-13)

Type Code

____ at ____ on ____ @ ____ hrs [ ]
____ at ____ on ____ @ ____ hrs [ ]
____ at ____ on ____ @ ____ hrs [ ]
____ at ____ on ____ @ ____ hrs [ ]
____ by serving ____ on ____ @ ____ hrs [ ]
____ by serving ____ on ____ @ ____ hrs [ ]

a person residing therein who was then at least 18 years of age / spouse away from residence at _____, Linn County, Iowa.

Internal Revenue Service by serving Donna Buehler, Designee [5] on 9-4-13 @ 1330 hrs at 425 2nd St SE #500 Cedar Rapids, Linn County, Iowa

NOTES: (Diligent Search, etc)

Brian D Gardner, Sheriff, Linn County, Iowa
By _____ Deputy Sheriff

Fees:
Process: 15.00
Mileage: 1.00
Copy: .50
Notary:
Total: 16.50

Fees charged to/paid by Atty/Party:
Order Deferring Costs in place